FILED

07/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0395

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### Supreme Court Cause No. DA 24-0395

_____

JAWBONE HOLDINGS, LLC,
  *Petitioner/Appellant*

    v.

THE MONTANA DEPARTMENT OF PUBLIC SERVICE
REGULATION, MONTANA PUBLIC SERVICE COMMISSION,
  *Respondent/Appellee*

and

NORTHWESTERN CORPORATION d/b/a NORTHWESTERN ENERGY,
  *Respondent/Appellee*

and

THE MONTANA CONSUMER COUNSEL,

  *Respondent-Intervenor/Appellee*

---

## [PROPOSED] ORDER ON JAWBONE HOLDINGS, LLC'S MOTION FOR EXTENSION OF TIME

Appellant, Jawbone Holdings, LLC ("Jawbone"), moved this Court for an extension of time to file its opening brief, pursuant to Rule 26(1) of the Montana Rules of Appellate Procedure. Counsel for the other parties in this matter do not object.

No objection having been made, and good cause appearing, it is ordered that Jawbone's Motion for Extension of Time is GRANTED. Appellant shall file its opening brief on or before August 29, 2024.

Done and dated this _____ day of July, 2024.

_____
Justice
Supreme Court of the State of Montana

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 16 2024